**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Martin TRINIDAD-Solano**<br>DOB: 1996; Citizen of Mexico | MAGISTRATE'S CASE NO.<br>21 - 08670 MJ |

Complaint for violation of Title 18, United States Code, Sections 111(a).

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:
On or about July 1, 2021, at or near Tucson in the District of Arizona, Defendant **Martin TRINIDAD-Solano** did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent M.B., an officer or employee of the United States as designated in section 18 U.S.C. § 1114, while Agent M.B. was engaged in or on account of the performance of their official duties. All in violation of Title 18, United States Code, Sections 111(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On July 1, 2021, Border Patrol Agent (BPA) M.B. was assigned line watch duties of the International Boundary Fence (IBF) near Douglas, Arizona. At approximately 4:55 am, mobile surveillance notified BPAs that two subjects were approaching a highly trafficked area for non-U.S. citizens illegally entering the United States. BPA M.B. responded and deployed from his/her vehicle on foot. After being directed to the area by other agents who were observing, the BPA approached two individuals hiding in brush. One individual, later identified as **Martin TRINIDAD-Solano**, ran away from the agent. After a chase, the BPA was able to close distance, and attempted to take **TRINIDAD** into custody. The BPA was clearly dressed as a federal agent and identified himself/herself verbally in Spanish throughout this incident. **TRINIDAD** refused to comply with lawful orders to cease resisting by defying orders to place his hands behind his back, and to stop moving his body to avoid control by the BPA. **TRINIDAD** grasped the BPAs wrist, and then placed an arm between the BPAs legs in an attempt to roll the agent off of him. When this maneuver was unsuccessful, **TRINIDAD** forcibly grasped the BPAs genitals, and squeezed, causing considerable pain to the BPA. The BPA responded by applying an elbow to the neck area of **TRINIDAD** and ordering **TRINIDAD** to stop fighting. **TRINIDAD** let go of the agent's genitals, but continued to fight the BPA. Shortly thereafter, other BPAs arrived and **TRINIDAD** was forcibly taken into custody. BPAs were able to confirm that **TRINIDAD** is a citizen of Mexico, and does not possess the proper documents to allow him to enter, pass through, or remain in the United States. The BPA is an officer or employee of the United States and was engaged in the performance of his/her official duties at the time of this incident.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: n/a

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA Adam Rossi

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

ADAM ROSSI
Digitally signed by ADAM ROSSI
Date: 2021.07.02 10:51:48 -07'00'

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE & NAME:
BPA Andrew Carpenter

Sworn to telephonically.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
July 2, 2021

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54.