1  GLENN B. McCORMICK
   Acting United States Attorney
2  District of Arizona

3  ADAM D. ROSSI
   Assistant U.S. Attorney
4  Arizona State Bar No. 028042
   405 W. Congress, Suite 4800
5  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
6  Email: adam.rossi2@usdoj.gov
   Attorneys for Plaintiff

FILED
2021 JUL 28  AM 11: 46
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR21-01791 TUC-RCC(LCK) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 111(a) |
| Martin Trinidad-Solano, | (Assault on a Federal Officer) |
| Defendant. | Count 1 |

**VICTIM CASE**

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about July 1, 2021, in the District of Arizona, Defendant MARTIN TRINIDAD-SOLANO did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent M.B., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Agent M.B. was engaged in and on account of the performance of official duties.

///

In violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

/s/

_____
FOREPERSON OF THE GRAND JURY
Date: July 28, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

_____
ADAM D. ROSSI
Assistant U.S. Attorney

- 2 -